◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME GODBOLD, Appellant. [648 NYS2d 357] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that County Court improvidently exercised its discretion in denying his request for youthful offender treatment (*see, People v Vera*, 206 AD2d 494; *People v Williams*, 204 AD2d 1002, *lv denied* 83 NY2d 973). The plea bargain provided for an indeterminate term of incarceration of $3^1/_3$ to 10 years, while the maximum term of incarceration authorized for a youthful offender is an indeterminate term of $1^1/_3$ to 4 years (*see*, CPL 720.20 [1] [a]; Penal Law § 60.02 [2]).

The contention that defendant was denied effective assistance of counsel is without merit. The record demonstrates that, although defense counsel did not timely move for suppression of a statement that defendant made to the police, he provided meaningful representation to defendant (*see, People v Baldi*, 54 NY2d 137, 147; *People v Barber*, 202 AD2d 978, *lv denied* 83 NY2d 908; *People v Stauffer*, 202 AD2d 1041, *lv denied* 83 NY2d 915). (Appeal from Judgment of Ontario County Court, Harvey, J.—Assault, 1st Degree.) Present—Pine, J. P., Lawton, Fallon, Balio and Davis, JJ.